# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: THE APPOINTMENT OF CHIEF** | **: STANDING ORDER NO: 2021-1** |
| **MAGISTRATE JUDGE OF THE UNITED** | **:** |
| **STATES DISTRICT COURT FOR THE** | **:** |
| **MIDDLE DISTRICT OF PENNSYLVANIA** | **:** |

## STANDING ORDER

AND NOW, this 4th day of January 2021, IT IS HEREBY ORDERED that Magistrate Judge Karoline Mehalchick shall serve as Chief Magistrate Judge of the United States District Court for the Middle District of Pennsylvania effective January 4, 2021 through January 3, 2025.

BY THE COURT:

s/ John E. Jones III
Hon. John E. Jones III, Chief Judge
United States District Court
Middle District of Pennsylvania